UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22 CR 594 RLW |
| LAVEAL DAVID JONES, | ) |
| Defendant. | ) |

### NOTICE OF VICTIM IMPACT STATEMENTS AT SENTENCING

The United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Ryan Finlen, Assistant United States Attorney for said District, and hereby notifies the Court and Defendant that the following victims intend to provide victim impact statements pursuant to Fed. R. Crim. P. 32(i)(4)(B):

1. Victim D.J.'s mother (Initials B.A.)
2. Victim D.J.'s sister (Initials L.A.)
3. The mother of Victim D.J.'s minor child (Q.W.)
4. Victim D.J.'s aunt (Initials A.C.)
5. Victim D.J.'s aunt (Initials T.W.)
6. Victim D.J.'s aunt (Initials N.C.)

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/  C. Ryan Finlen
C. RYAN FINLEN, #6305918IL
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

      /s/ C. Ryan Finlen
C. RYAN FINLEN, #6305918IL
Assistant United States Attorney